ACCEPTED
05-14-00892-CV
FIFTH COURT OF APPEALS
DALLAS, TEXAS
9/30/2015 1:04:09 PM
LISA MATZ
CLERK



### LAW OFFICES OF
# RICHARD ★ PENA, P.C.
### AUSTIN | McALLEN

September 29, 2015

FILED IN
5th COURT OF APPEALS
DALLAS, TEXAS
9/30/2015 1:04:09 PM
LISA MATZ
Clerk

Via e-filing

The Honorable Lisa Matz
Clerk, Fifth Court of Appeals
George L. Allen, Sr. Courts Bldg.
600 Commerce St., Second Floor, Suite 200
Dallas, Texas 75202-4658

Re:  Case No. 05-14-00892-CV, Barbara Pinkus, Appellant v. Hartford Casualty Insurance Company, Appellee, On appeal from the 199th District Court of Collin County, Texas; Cause No. 199-2050-2013

Dear Clerk Matz:

I hope this letter finds you and your staff doing well.  Thank you for your public service to the State of Texas.

Please consider this notice that Brad McClellan will be presenting oral argument on behalf the Appellant, Barbara Pinkus, in the above case set for October 6, 2015 at 1:00 p.m.

Please let me know if you have any questions or concerns.

Thanks,

*Brad McClellan*

Brad McClellan
Of Counsel, Law Offices of Richard Pena, P.C.

BDMcC/bg

2211 South IH35, Suite 300    Austin, TX 78741    (512) 327-6884    (512) 327-8354 fax

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing was served on the through counsel of record by the method indicated below on September 30, 2015.

David Brenner & Belinda Arambula                     *Via efiling/eservice*
dbrenner@bajb.com
barambula@bajb.com
Burns, Anderson, Jury & Brenner, L.L.P.
7804 Bell Mountain Dr.
Austin, TX 78730
(512) 338-5322
(512) 338-5363 fax
P. O. Box 26300
Austin, TX 78755
Attorneys for Hartford Casualty Ins. Co.
Appellees

/s/ Brad McClellan
Bradley Dean McClellan